# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JUAN MATIAS TORRES, | 1:16-cv-1525-LJO-MJS |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE ADDRESS CHANGE** |
| CONNIE GIPSON, *et al.*, | |
| Defendants. | |

Plaintiff Juan Matias Torres, a state prisoner, is proceeding pro se and in forma pauperis in this civil rights action brought under 28 U.S.C. § 1983. Plaintiff's Complaint, ECF No. 1, is currently before the Court for screening.

A pro se plaintiff must keep the Court informed of his correct current address. Local Rule 182(f). If a party moves to a different address without filing and serving a notice of change of address, documents served at a party's old address of record shall be deemed received even if not actually received. *Id.* Local Rule 183(b) requires a party proceeding pro se to keep the Court apprised of his current address: "If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

Plaintiff's Complaint indicates that he was housed at California State Prison, Solano ("CSP-Solano"), in Vacaville, California, when he filed the Complaint, which the Court received on October

1

11, 2016. Complaint at 1. On October 12, 2016, Magistrate Judge Michael Seng issued an order informing Plaintiff of Local Rules 182(f) and 183(b), and providing Plaintiff with a change of address form. ECF No. 4. Plaintiff's subsequent notice declining to proceed before Judge Seng, which he filed on October 21, 2016, within the provided deadline, indicates that he received and understood Judge Seng's order. ECF No. 7.

According to the California Department of Corrections and Rehabilitation's public records, as of the date of this Order, Plaintiff is now housed at North Kern State Prison in Delano, California. The Court is not aware of the date that Plaintiff moved from CSP-Solano to North Kern Stat Prison, but in the interest of ensuring Plaintiff's compliance with Local Rules 182(f) and 183(b), now ORDERS Plaintiff to notify the Court of his current address within **thirty (30) days of the date of this Order.** Failure to respond to this Order will result in the Court dismissing this case for failure to prosecute.

IT IS SO ORDERED.

Dated: **April 18, 2017**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE