UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | **CASE NO. 1:16-cv-1525-LJO-MJS (PC)**<br><br>**ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY CERTAIN DEFENDANT SHOULD NOT BE DISMISSED**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF No. 16.) The Court screened Plaintiff's First Amended Complaint and found that it stated a cognizable claim against Defendants D. Babineaux-Prince, R. Briggs, D. Case, R. Chavez, L. Clausell, T. Galaviz, Connie Gipson, C. Henderson, K. Matta, A. Mayo, J. C. Smith, C.R. Villarrial, D. Weaver, and L. Williams. (ECF No. 18.)

Service on Defendant Williams was returned unexecuted. (ECF No. 21.) In the remarks section of the USM-285, the Marshal wrote: "unable to locate subject L. Williams." (Id.)

The Court and the United States Marshal ("USM") have a statutory duty to serve process on Plaintiff's behalf. The response given by the Marshals Service was

insufficient to allow the Court to discharge this duty on the ground that the defendant cannot be located. 28 U.S.C. 1915(d); Fed. R. Civ. P. 4(c)(3). Accordingly, the Court ordered USM to re-attempt service on Defendant Williams. (ECF No. 22.)

On October 4, 2017, service on Defendant Williams was, again, returned unexecuted. (ECF No. 23.) In the remarks section of the USM-285, the Marshal wrote: "The office of [California Department of Corrections and Rehabilitation (CDCR)] was contacted on 8-28-17. They made multiple attempts to locate this employee but have no record of any employee by that name. They will not accept service and are unable to provide any additional information. 10-4-2017 -- Additional attempts were made by all departments at "1515" address - unable to locate." (Id.)

At this time, the Marshals Service has exhausted the avenues available to it to locate and serve Defendant Williams. Walker v. Sumner, 14 F.3d 1415, 1421-22 (9th Cir. 1994). Accordingly, Plaintiff shall show cause why Defendant Williams should not be dismissed. Fed. R. Civ. P. 4(m). If Plaintiff either fails to respond to this order or responds but fails to show cause, the Court will recommend that Defendant Williams be dismissed from the action

Based on the foregoing, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall show cause why Defendant Williams should not be dismissed from this action; and
2. If Plaintiff fails to respond to this order or fails to show cause, the Court will recommend that Defendant Williams be dismissed from this action.

IT IS SO ORDERED.

Dated:   October 7, 2017            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE