UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-01525-LJO-MJS (PC)<br><br>**ORDER DENYING MOTION REQUESTING A SETTLEMENT CONFERENCE**<br><br>**(ECF NO. 32)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's December 15, 2017 motion requesting that the matter be set for a settlement conference. (ECF No. 32.) Defendants oppose the motion on the ground that their motion to dismiss is presently pending before the Court.

In light of the present posture of the case, the Court concludes that a settlement conference would not be productive at the present time. The motion is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:　April 9, 2018　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE