# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GIPSON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01525-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING DEFENDANT L. WILLIAMS PURSUANT TO FRCP 4(m)**<br><br>**(Doc. 34)** |

Plaintiff, Juan Matias Torres, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 2, 2018, the Magistrate Judge issued a Findings and Recommendation to dismiss Defendant L. Williams based on Plaintiff's inability to locate Defendant L. Williams for service of process pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 34.) The Findings and Recommendation was served that same day and contained notice that objections were to be filed within fourteen days. (*Id.*) Despite lapse of more than the allowed time, Plaintiff has not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

//

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on April 2, 2018 (Doc. 34), is adopted in full; and
2. Defendant L. Williams is DISMISSED from this action without prejudice under Federal Rule of Civil Procedure 4(m) since not served with a summons in this action.

IT IS SO ORDERED.

Dated: **April 25, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE