1
2
3
4
5
6
7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10   JUAN MATIAS TORRES,                    CASE NO. 1:16-cv-01525-LJO-JLT (PC)

11                    Plaintiff,            **ORDER**

12         v.                                  **(1) ADOPTING FINDINGS AND
13   CONNIE GIPSON, et al.,                        RECOMMENDATION IN FULL;**

14                    Defendants.              **(2) GRANTING DEFENDANTS'
15                                                 PARTIAL MOTION TO DISMISS**

16                                         (ECF Nos. 26, 38, 45)

17                                         **CASE TO REMAIN OPEN**

18
            Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action
19
     pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant
20
     to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
21
            On April 16, 2018, the previously-assigned magistrate judge filed findings and
22
     recommendations herein which were served on the parties and which contained notice that any
23
     objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has
24
     filed objections, and Defendants have filed a response. Plaintiff has also filed a request for extension
25
     of time to file a sur-reply (ECF No. 45) and the sur-reply itself. Plaintiff's request will be granted.
26
27
28

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 20, 2018, motion for extension of time (ECF No. 45) is granted;

2. The findings and recommendations filed April 16, 2018 (ECF No. 38), are adopted in full;

3. Defendants' partial motion to dismiss (ECF No. 26) is GRANTED. The action shall proceed only on Plaintiff's claims for First Amendment retaliation against Defendants Smith, Prince, Henderson, Mayo, Galaviz, and Weaver for approving Plaintiff's transfer to Pelican Bay in retaliation for Plaintiff's protected First Amendment activity of filing a prison grievance. All other claims and Defendants are dismissed.

4. Case to remain open.

IT IS SO ORDERED.

Dated: __August 13, 2018__          _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE