UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>Plaintiff,<br><br>v.<br><br>CONNIE GIPSON, et al.,<br><br>Defendants. | CASE NO. 1:16-cv-01525-LJO-JLT (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE<br><br>(ECF No. 48) |

On August 27, 2018, plaintiff moved for an order of the court to set a settlement conference. Defendants have not responded to the request, and the time for responding has now passed. See E.D. Cal. Local Rule 230(*l*). Since defendants have not indicated to the Court that they are willing to participate in a settlement conference., no settlement conference will be scheduled until such time as the parties agree to participate in one. Therefore, the Court **DENIES WITHOUT PREJUDICE** plaintiff's motion to set a settlement conference (ECF No. 48).

IT IS SO ORDERED.

Dated: **September 20, 2018**            **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE