# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>        Defendants. | **1:16-cv-01525-LJO-JLT (PC)**<br><br>**ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL**<br><br>**14-DAY DEADLINE** |

    Given the age of this action and the Court's ever-burgeoning case load and the delays this causes, a court supervised settlement conference may be beneficial in this action. Accordingly, the Court **ORDERS** that **within 14 days** of the date of service of this order, the parties **SHALL** notify the Court whether they believe, in good faith, that a settlement conference is likely to be fruitful.

    Notwithstanding the requirements of Local Rule 270(b), the settlement conference would be conducted by Magistrate Judge Thurston. The Court deems the deviation from the Local Rule to be appropriate and in the interests of the parties and justice and sound case management in this action.

///
///
///

1

**If any party prefers that the settlement conference be conducted by a judicial officer who is not assigned to this case, that party is directed to notify the Court in the response to this order, that the party prefers another judicial officer to be assigned to handle the conference.**

IT IS SO ORDERED.

Dated: __**October 24, 2018**__          _____/s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE