UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:16-cv-01525-LJO-JLT (PC)<br><br>**ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS TO DENY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES**<br><br>(Docs. 64, 81)<br><br>**CASE TO REMAIN OPEN** |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 15, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed timely objections, and Plaintiff has filed a response.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed April 15, 2019 (Doc. 81), are adopted in full;

2. Defendants' motion for summary judgment for failure to exhaust administrative remedies (Doc. 64) is DENIED; and

3. This matter is referred back to the magistrate judge for further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated: **June 12, 2019**           **/s/ Lawrence J. O'Neill**
                                   UNITED STATES CHIEF DISTRICT JUDGE