1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JUAN MATIAS TORRES,                      CASE NO. 1:16-cv-01525-LJO-JLT (PC)

12                 Plaintiff,                  **ORDER LIFTING STAY;**

13          v.                                 **ORDER DENYING PLAINTIFF'S MOTION
                                               FOR SETTLEMENT CONFERENCE;**
14    CONNIE GIPSON, et al.,

15                 Defendants.                 **ORDER GRANTING DEFENDANTS'
                                               MOTION FOR AMENDED SCHEDULING**
16                                             **ORDER; AND**

17                                             **AMENDED DISCOVERY AND
                                               SCHEDULING ORDER**
18

19                                             (Docs. 87, 89)

20

21          Following Defendants' motion for summary judgment for failure to exhaust

22    administrative remedies, the Court vacated the dates set forth in the Discovery and Scheduling

23    Order and stayed discovery pending resolution of the motion. (See Docs. 64, 77.) The Court

24    denied the defendants' motion. (Docs. 81, 86.) Defendants now move for an amended scheduling

25    order.

26          In addition, Plaintiff has filed a motion to set this case for a settlement conference. (Doc

27    89.) Defendants, for their part, continue to believe that a settlement conference would not be

28

fruitful. (Doc. 90.) Because all parties are not in agreement to participate in the conference, Plaintiff's motion will be denied.  Based on the foregoing, the Court **ORDERS** that:

1. The discovery stay is **LIFTED**;

2. Defendants' motion for an amended scheduling order is **GRANTED**. The Discovery and Scheduling Order (Doc. 52) is amended as follows:

    a. All discovery, including filing motions to compel, **SHALL** be completed <u>**no later than January 29, 2020**</u>;

    b. Any pre-trial dispositive motions **SHALL** be filed <u>**no later than April 1, 2020**</u>;

3. Plaintiff's motion for a settlement conference is **DENIED.**

IT IS SO ORDERED.

Dated:   **October 21, 2019**                    **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE