UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONNIE GIPSON, et al.,<br><br>　　　　Defendants. | CASE NO. 1:16-cv-01525-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE A SUR-REPLY**<br><br>(Doc. 110)<br><br>**THIRTY-DAY DEADLINE** |

　　　Plaintiff moves for leave to file a sur-reply because he did not receive copies of unpublished legal decisions relied on by the Defendants in their motion for summary judgment. Defendants acknowledge that they did not submit copies of three unpublished cases cited in their moving papers and do not oppose Plaintiff's request. On review, the Court **GRANTS** Plaintiff's motion to file a sur-reply. (Doc. 110) Plaintiff may file his sur-reply addressing the three unpublished cases within thirty days from the date of this order. Defendants may file a response seven days thereafter.  The reply and the response SHALL be **seven pages or less**.

IT IS SO ORDERED.

　　Dated: __**August 24, 2020**__　　　　　　　　____/s/ Jennifer L. Thurston____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE