UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MATIAS TORRES,<br><br>    Plaintiff,<br><br>    v.<br><br>CONNIE GIPSON, et al.,<br><br>    Defendants. | CASE NO. 1:16-cv-1525-NONE-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION; AND**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY**<br><br>(Doc. 104, 114)<br><br>**THIRTY-DAY DEADLINE** |

    Plaintiff requests an extension of time to file his opposition to Defendants' motion for summary judgment. This request will be granted, and his opposition will be deemed timely filed. In addition, Plaintiff seeks an extension of time to file a sur-reply that he was authorized to submit on or before September 24, 2020. He also asks that Defendants' Reply be re-served on him. Good cause appearing, the Court **ORDERS** as follows:

1. Plaintiff's motion for extension of time to file an opposition (Doc. 104) is **GRANTED**. Plaintiff's opposition is deemed timely filed;

2. Plaintiff's motion for extension of time to file his sur-reply (Doc. 114) is **GRANTED**. Plaintiff shall file his sur-reply within thirty days from the date of this Order. Defendants may file a response seven days thereafter; and

3. The Clerk of Court is directed to serve a copy of Defendants' June 24, 2020, Reply (Doc. 108) on Plaintiff.

IT IS SO ORDERED.

Dated:   **September 16, 2020**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE